**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Larry Jordan, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17cv2239 UNA |
| | ) | |
| | ) | |
| Ethicon, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The above styled and numbered case was filed on August 11, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:17cv00130.

**IT IS FURTHER ORDERED** that cause number 4:17cv2239 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: August 11, 2017                    By:  /s/ Michele  Crayton
                                               Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:17cv00130 ACL.**